ACCEPTED
03-15-00174-CV
5648394
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/11/2015 9:18:09 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00174-CV

LEVI MORIN,
  *Appellant,*

v.

LAW OFFICE OF KLEINHANS
GRUBER, PLLC,
  *Appellee.*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
Third Court of Appeals 6/11/2015 9:18:09 PM
Austin, Texas JEFFREY D. KYLE
Clerk

### Morin's Motion for 1-day Briefing Extension

The bronchitis of Morin's counsel is apparently impervious to antibiotics; it flared up again, requiring that he be in bed to recover for most of June 10 and 11. He was thus unable to complete Morin's opening brief, and he asks the Court to extend the filing deadline by one more day. This is Morin's second request for an extension; it would move the briefing deadline from yesterday, June 10, to today, June 11.

This extension won't prejudice the appellee. Morin seeks this extension not for delay, but so justice can be done.

Morin prays that the Court set June 11, 2015, as the deadline for him to file his opening brief. He further prays for all other relief to which he may be entitled.

Respectfully submitted,

THE OLSON FIRM PLLC

/s/ Leif A. Olson
Leif A. Olson
  leif@olsonappeals.com
  State Bar No. 24032801
PMB 188

4830 Wilson Road, Suite 300
Humble, Texas 77396
(281) 849-8382
**Counsel for Appellant Levi Morin**

## Certificate of Conference

I attempted to confer on this motion with Keith Kleinhans, counsel for the appellee, by sending him a draft copy of it at 5:07 p.m. on June 11. By 9:00 p.m., I hadn't received a response. Because it has opposed other extension requests, I presume that the firm also opposes this one.

/s/ Leif A. Olson

## Certificate of Service

On June 6, 2015, I served a copy of this *Morin's Motion for 14-day Briefing Extension* upon Kimberly Kleinhans by electronic service with a courtesy copy to Keith Kleinhans ([keith@lawofficeofkg.com](keith@lawofficeofkg.com)) by email.

Law Office of Kleinhans Gruber, PLLC
Kimberly G. Kleinhans
[kim@lawofficeofkg.com](kim@lawofficeofkg.com)
700 Lavaca, Suite 1400
Austin, Texas 78701
**Counsel for appellee**

/s/ Leif A. Olson